AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Eric L. Gibson)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| James Horton | ) | Case No. 17-316 |
| | ) | |
| | ) | FILED |
| | ) | MAR - 1 2017 |
| Defendant(s) | ) | KATE BARKMAN, Clerk |
| | | By_____ Dep. Clerk |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 13 through April 2, 2016__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 2252 and 2252A | Distributing, transporting, receiving and possessing child pornography in or affecting interstate commerce |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

_____
Complainant's signature

Kathryn Murray, HSI/SAC Philadelphia
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/1/17

_____
Judge's signature

City and state: Philadelphia, Pennsylvania

Elizabeth Hey
*Printed name and title*

FILED
MAR - 1 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## AFFIDAVIT OF PROBABLE CAUSE

Your Affiant, Kathryn I. Murray, a Special Agent with the United States Department of Homeland Security, being duly sworn, deposes and states as follows:

1. Your Affiant is a Special Agent employed by the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (HSI), assigned to the Office of the Special Agent in Charge, Philadelphia, Pennsylvania. I have been employed in such capacity since August of 2004. In 2005, I completed the Federal Law Enforcement Criminal Investigator Training Program as well as the Immigration and Customs Enforcement Special Agent Training academy located in Glynco, GA. As an HSI Special Agent, I have experience in conducting criminal investigations as it pertains to violations of Title 8, Title 18, and Title 21 of the United States Code. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a) and 2252A. I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants, a number of which involved child exploitation and/or child pornography offenses.

2. I have extensive training and experience conducting and assisting with criminal investigations including, but not limited to, the aforesaid scope.

## BACKGROUND OF THE INVESTIGATION

3. In July 2016, Homeland Security Investigations (HSI) Philadelphia received a report that had been submitted to the National Center for Missing and Exploited Children

1

(NCMEC). The report had been submitted to NCMEC by Dropbox, Inc. regarding the Yahoo email address rsand1987@yahoo.com, which was utilized to upload images and videos of child pornography. Dropbox, Inc. indicated that the images and videos were viewed by multiple individuals utilizing multiple IP addresses. One individual utilized IP address 100.11.42.129 (SUBJECT IP ADDRESS). HSI Philadelphia reviewed the CyberTipline report, which was found to contain approximately 326 image and video files of child pornography.

4. The SUBJECT IP ADDRESS accessed the Dropbox link containing the images and videos of child pornography on 3/13/16 @ 11:02:51 UTC, 3/14/16 @06:53:18 UTC, 3/23/16 @02:02:51 UTC, 3/25/16 @ 05:21:08 UTC, 3/27/16 @04:50:22 UTC, 3/28/16 @ 07:11:36 UTC, 3/29/16 @ 07:06:34 UTC, 3/30/16 @ 12:57:52 UTC and 4/2/16 @ 03:48:53 UTC. On September 12, 2016, an administrative summons was served to Verizon requesting subscriber information for the SUBJECT IP ADDRESS related to the aforementioned dates and times. On September 14, 2016, Verizon responded with the following subscriber information:

> Vision Customer ID: 654521226
> Account Creation Date: 03/03/2016
> Customer Name: Terrance Talley
> Account Address: 3857 Melon St, Flr. 1, Phila., PA 19104-0000
> Daytime Telephone: 267-475-0611

5. The majority of the images and videos reported within the Dropbox link depict prepubescent children engaged in sexually explicit conduct and depict child exploitation activity. I reviewed the contents of the Dropbox account and determined that more than 95% of the

images meet the definition of child pornography found in 18 U.S.C. § 2256. Several of the images and videos are documented below:

a. File name "678e59bd-078f-44d2-b6f6-c5cf0b2e48c4" is an image that depicts an unknown naked male anally penetrating an unknown naked prepubescent male; both of the males' faces are not visible in the picture

b. File name "selfvideo_for_tlz AC" is a video that depicts a prepubescent male wearing only a pair of dark colored shorts; the video starts with the prepubescent male holding a piece of paper that reads "Hello Tiz! Im Doing Request For All You Pedo's! Long Live TIZ!" with a smiley face; the prepubescent male lowers his dark colored shorts and starts to masturbate; the video is 1 minute and 10 seconds in length

c. File name "4e757a4a-8048-4106-95fd-be049371a818" is an image that depicts a naked prepubescent male laying on his back on a blue sheet; the male has his legs pulled to his chest, legs spread exposing his anus and genitals

d. File name "5fc1c9f0-d39b-4ae2-962a-4807df796138" is a video that depicts an infant male wearing only a shirt; an unknown individual is manually stimulating the infant male's penis; the unknown individual then digitally penetrates the infant male's anus; the video is 1 minute and 35 seconds in length

e. File name "[boy+man] !!new-pedrinho8yanal(complete1,10)(2)_x264 is a video that depicts an unknown adult male anally penetrating a prepubescent male with an erect penis; the prepubescent male is wearing only a grey shirt and appears to be kneeling on a chair; the prepubescent male does not look at the camera and the

3

unknown adult male's face is not visible; the video is 1 minute and 10 seconds in length

6. On January 27, 2017, your Affiant conducted a search of 3857 Melon St, Philadelphia, PA ("SUBJECT PREMISES") pursuant to a duly authorized search and seizure warrant issued by the Honorable Jacob P. Hart, United States Magistrate for the Eastern District of Pennsylvania.

7. While at the SUBJECT PREMISES, defendant JAMES HORTON agreed to be voluntarily interviewed related to the violations of 18 U.S.C. §§ 2252(a) and 2252A. HORTON stated to your Affiant that he has lived at the SUBJECT PREMISES for one or two years and that he resides there with his mother, Latonia Talley, his grandmother, and 17 year old brother. He further stated that his uncle, Terence Talley, had lived there at one time, but had left the SUBJECT PREMISES in October or November of 2016 to live with Talley's girlfriend. HORTON also stated that his uncle was not very computer savvy and that HORTON had set up the internet service with Verizon Fios and pays the bill although HORTON placed the account in Talley's name.

8. HORTON admitted to having a Dropbox account, but initially denied ever seeing any child pornography, and claimed that he only viewed pornography with women and men approximately 18 to 24 years old. Later in the interview, HORTON stated that a few weeks prior to the search, he may have seen pornography that contained individuals under the age of 18. He

also told your Affiant that if there is child pornography on his external hard drive that his uncle must have put it there because he was the original owner of the hard drive.

9. Your Affiant completed the execution of the search warrant, seized various items and computer equipment as authorized by the search warrant, and left the SUBJECT PREMISES. HORTON remained at the residence.

10. On January 30, 2017, your Affiant received a telephone call from defendant HORTON. During the call, HORTON asked your Affiant if he could provide additional information and arrangements were made to meet at the U.S. Customs House in Philadelphia later that day. At approximately 11:25 a.m., HORTON arrived and was escorted to an interview room where he signed a Miranda Rights Form. After signing the form, HORTON handed to your Affiant a handwritten note in which HORTON claimed, among other things, that he had set up a fake account on the internet to do "research," and that he would report people he believed were viewing child pornography. In the note, he claimed he was "compiling evidence" against child pornographers, and that he "would never hurt a child."

11. After handing the note to your Affiant, HORTON stated that he received child pornography on the internet, but that he would delete it. He further claimed that he set up a fake account to pose as a teenage girl ("Riley') so that he could report inappropriate users.

12. HORTON then admitted that pornography depicting adults was not satisfying to him, so he began viewing pornography with teenage males. He stated he was interested in males approximately 16 years old, but said that he had viewed pornography depicting males as young as 14 years old. Horton further admitted that rsand1987@yahoo.com was the email address he used to set up the Dropbox account containing child pornography.

5

## CONCLUSION

13. Based on the aforementioned factual information, your Affiant respectfully submits that there is probable cause to believe that JAMES HORTON has violated 18 U.S.C. §§ 2252 and 2252A.

14. In consideration of the foregoing, your Affiant respectfully requests that this Court issue a warrant to arrest JAMES HORTON.

Respectfully submitted,

Kathryn Murray
Special Agent

Subscribed and sworn before me
this １ˢᵗ of February March 2017.

Elizabeth Hey
United States Magistrate Judge