

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Eric L. Gibson*
*Direct Dial: (215) 861-8506*
*Facsimile: (215) 861- 8618*
*E-mail Address: Eric.Gibson2@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

March 2, 2017

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

FILED
MAR -3 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

    Re:    United States v. JAMES HORTON
            Magistrate No. 17-316

Dear Clerk of the Court:

    Please unimpound the Arrest Warrant and Complaint in the above captioned matter, the subject has been arrested.

    Thank you for your assistance in this matter.

                                      Very truly yours,

                                      LOUIS D. LAPPEN
                                      Acting United States Attorney

                                      ERIC L. GIBSON
                                      Assistant United States Attorney