IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL NO.

          v.

James Horton

FILED 17-316

MAR -3 2017

KATE BARKMAN, Clerk
By_____Dep. Clerk

**ENTRY OF APPEARANCE**

To the Clerk:

    Please enter my appearance on behalf of the defendant in the above-named case.

_Caleb Kruckenberg_
Counsel for Defendant

1500 JFK Blvd Suite 620
Address

Phila PA 19102

215-825-5183
Phone Number

3/2/17
Date
Cr. 17 (8/80)