IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 17-316

Horton :

:

**ENTRY OF APPEARANCE**

To the Clerk:

    Please enter my appearance on behalf of the defendant in the above-named case.

_____
Counsel for Defendant Brian S. Zeiger

1500 JFK Blvd, Ste C20
Address

Phila PA 19102

215.546.0340
Phone Number

3/6/17
Date

Cr. 17 (8/80)