AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Eric L. Gibson)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America<br>v.<br>James Horton | ) ) ) ) ) ) ) | Case No. 17-316 |
|---|---|---|
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* James Horton,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Defendant James Horton used a computer device connecting to the internet to distribute, transport, receive and possess child pornography, in violation of Title 18, United States Code, §§ 2252, and 2252A.

Date: 3/1/17

*Issuing officer's signature*

City and state: Philadelphia, Pennsylvania

Elizabeth Hey
*Printed name and title*

### Return

This warrant was received on *(date)* 3-1-17, and the person was arrested on *(date)* 3-2-17
at *(city and state)* PA.

Date: 3-2-17

O HS
*Arresting officer's signature*

*Printed name and title*